# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3158
_____

| | | |
|---|---|---|
| Michael P. Henderson, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Mikki Peterick and Mille | * | |
| Lacs County Family Services, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: February 24, 2011
Filed: March 16, 2011
_____

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.
_____

PER CURIAM.

Michael Henderson appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record de novo, see Am. Home Assurance Co. v. Pope, 487 F.3d 590, 598 (8th Cir. 2007) (standard of review), we find no trialworthy issue as to whether defendants violated Henderson's civil rights. Accordingly, we affirm the district court's judgment. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.